DAVID G. HUNTER ET AL. *v.* ROGER JENNINGS
(AC 18597)

Foti, Lavery and Schaller, Js.

Argued February 28—officially released March 14, 2000

Per Curiam. The judgment is affirmed.